**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| KEVIN LAWRENCE PAINTER, SR., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:26-CV-62-RWS |
| | § | |
| TAMMY RENEE YOUNG (PAINTER), | § | |
| | § | |
| Respondent. | § | |

**ORDER**

On May 26, 2026, Petitioner Kevin Lawrence Painter, Sr. filed an emergency motion for temporary restraining order. Docket No. 12. The case was referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636.

On June 9, 2026, the magistrate judge issued a report and recommendation, recommending Petitioner's motion for a temporary restraining order be denied. Docket No. 30. Petitioner received a copy of the report and recommendation via electronic notice (*see* Docket No. 7), but no objections have been filed.

Because no objections have been received, Petitioner is not entitled to *de novo* review of the magistrate judge's proposed findings, conclusions, and recommendations. *See Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021). Moreover, except upon grounds of plain error, Petitioner is barred from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville, Tex.*, 858 F.3d 348, 352 (5th Cir. 2017).

After review, the Court concludes that the findings and conclusions of the magistrate judge are correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a magistrate judge's report and recommendation are filed, the

standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

ORDERED that the report and recommendation of the magistrate judge (Docket No. 30) is ADOPTED as the opinion of the District Court. It is further

ORDERED that Petitioner's Emergency Motion for Temporary Restraining Order (Docket No. 12) is DENIED.

So ORDERED and SIGNED this 1st day of July, 2026.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE